

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the Estate of Mary Genetta          * From the County Court at Law
Stanfill Patterson, deceased,             of Ector County,
                                          Trial Court No. 25261-CCL.

No. 11-23-00035-CV                     * August 3, 2023

                                       * Memorandum Opinion by Williams, J.
                                         (Panel consists of: Bailey, C.J.,
                                         Trotter, J., and Williams, J.)

This court has considered Donald L. Patterson and Deborah K. Goldie's Motion to Render Judgment Effectuating the Parties' Agreement and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the motion is granted, and this case is remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Donald L. Patterson and Deborah K. Goldie.